433 A.2d 130

Commonwealth v. Speace, a/k/a Speaks, Appellant.

Submitted March 6, 1980. David Schaumann, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.